Dismissed and Memorandum Opinion filed June 18, 2009








Dismissed
and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00465-CV

____________

 

TOM PEDEN AND PAULA PEDEN, Appellants

 

V.

 

STEPHEN B. POHL, Appellee

 



 

On Appeal from the
149th District Court

Brazoria County,
Texas

Trial Court Cause
No. 40976

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 13, 2009.  On June 8, 2009, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Seymore, Brown, and
Sullivan.